IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JANICE LYNETTE ALLEN,  \*
\*
    Plaintiff,  \*
\*
v.  \*
    \*   CV 115-147
\*
\*
UNITED STATES OF AMERICA,  \*
\*
    Defendant.  \*
\*
\*

O R D E R

Currently pending before the Court is Plaintiff's motion to stay. (Doc. 13.) This is Plaintiff's second motion to stay. (See Doc. 6.) Plaintiff requests an eight-month stay while she attempts to retain an attorney. Upon consideration, the Court **GRANTS IN PART** Plaintiff's request. This matter shall be **STAYED** until **June 16, 2016**.

**ORDER ENTERED** at Augusta, Georgia this 10th day of May, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA