IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JANICE LYNETTE ALLEN, as Successor in Interest and as Administrator of the Estate Of Timothy Lional Allen, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 115-147 |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed the above-captioned case on September 15, 2015, and Defendant filed a pre-answer motion to dismiss on April 11, 2016 (doc. no. 7.). Due to issues obtaining counsel, Plaintiff filed two motions to stay that were granted, and Plaintiff was ultimately given until June 16, 2016 to find counsel. (See doc. no. 14.) On June 13, 2016, Joseph T. Rhodes entered an appearance in this case. (Doc. no. 15.) Given that the stay has now lifted and Plaintiff has obtained counsel, the Court **ORDERS** the parties to conduct a Rule 26(f) conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 29th day of June, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA